| | |
|---|---|
| DEFENDANT: | Roberto Kano-Castillo, <br> a/k/a Roberto Castillo-Kano, <br> a/k/a Jose Barola Alvarez, <br> a/k/a Jose Hugo Alvarez-Varela, <br> a/k/a Hugo Armando Hinojoza, <br> a/k/a Enaro Altaro, |
| AGE/YOB: | 1976 |
| COMPLAINT FILED? | ____ Yes   __x__ No <br><br> If Yes, MAGISTRATE CASE NUMBER _____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   __ No |
| OFFENSE(S): | 8 U.S.C. § 1326(a), (b)(2): Illegal Re-entry after Removal Subsequent to an Aggravated Felony Conviction |
| LOCATION OF OFFENSE: | Arapahoe County, Colorado |
| PENALTIES: | Depending on the Court's determination of the Defendant's criminal history: <br> • If the enhanced penalty does not apply, NMT 2 years imprisonment, NMT $250,000 fine or both; NMT 1 year supervised release; $100 Special Assessment fee. <br> • If the enhanced penalty under (b)(1) applies, NMT 10 years imprisonment; NMT $250,000 fine or both; NMT 3 years supervised release; $100 Special Assessment fee. <br> • If the enhance penalty under (b)(2) applies, NMT 20 years imprisonment; NMT $250,000 or both; NMT 3 years supervised release; $100 Special Assessment fee. |
| AGENT: | Bret Talbot <br> Deportation Officer, DHS/ICE Enforcement & Removal |
| AUTHORIZED BY: | Albert Buchman <br> Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 _x_ five days or less; ___ over five days

THE GOVERNMENT

 x  will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant.