AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| ROBERTO KANO-CASTILLO, a/k/a Roberto Castillo-Kano, a/k/a Jose Barola Alvarez, a/k/a Jose Hugo Alvarez-Varela, a/k/a Hugo Armando Hinojoza, a/k/a Enaro Altaro, | ) ) ) ) ) |
| *Defendant* | |

Case No. 22-cr-189-RMR

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ROBERTO KANO-CASTILLO, a/k/a Roberto Castillo-Kano, a/k/a Jose Barola Alvarez, a/k/a Jo ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   8 U.S.C. § 1326(a), (b)(2): Illegal Re-entry after Removal Subsequent to an Aggravated Felony Conviction

Date:   06/07/2022

s/ A. Garcia Garcia Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*