IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   22-cr-00189-RMR

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ROBERTO KANO-CASTILLO,

       Defendant.

_____

**NOTICE OF APPEARANCE**
_____

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

                        Respectfully submitted,

                        VIRGINIA GRADY
                        Federal Public Defender

                        *s/ Kilie Latendresse*
                        Kilie Latendresse
                        Assistant Federal Public Defender
                        633 17th Street, Suite 1000
                        Denver, CO  80202
                        Telephone:  (303) 294-7002
                        FAX:  (303) 294-1192
                        Kilie_Latendresse@fd.org
                        Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on June 15, 2022, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

  Albert C. Buchman, Assistant United States Attorney
  al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Roberto Kano-Castillo  (via U.S. Mail)

           *s/ Kilie Latendresse*
           Kilie Latendresse
           Assistant Federal Public Defender
           633 17th Street, Suite 1000
           Denver, CO  80202
           Telephone:  (303) 294-7002
           FAX:  (303) 294-1192
           Kilie_Latendresse@fd.org
           Attorney for Defendant