AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 JUN 21 PM 12:13

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>ROBERTO KANO-CASTILLO, a/k/a Roberto Castillo-Kano, a/k/a Jose Barola Alvarez, a/k/a Jose Hugo Alvarez-Varela, a/k/a Hugo Armando Hinojoza, a/k/a Enaro Altaro,<br>*Defendant* | Case No. 22-cr-189-RMR |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ROBERTO KANO-CASTILLO, a/k/a Roberto Castillo-Kano, a/k/a Jose Barola Alvarez, a/k/a Jo,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a), (b)(2): Illegal Re-entry after Removal Subsequent to an Aggravated Felony Conviction

Date:   06/07/2022

s/ A. Garcia Garcia Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 6/7/22, and the person was arrested on *(date)* 6/14/22
at *(city and state)* Centennial, CO

Date: 6/14/22

Kevin Liang D.O.
*Arresting officer's signature*

*Printed name and title*