IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00189-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROBERTO KANO-CASTILLO,

      Defendant.

---

## NOTICE OF DISPOSITION

---

    Defendant, Roberto Kano-Castillo, by and through counsel, Kilie Latendresse, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in this case with the government.  The parties are requesting permission to contact the Court to schedule a change of plea hearing.

    Respectfully Submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    *s/ Kilie Latendresse*
    Kilie Latendresse
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Kilie_Latendresse@fd.org
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2022, I electronically filed the foregoing

**NOTICE OF DISPOSITION**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Albert C. Buchman, Assistant United States Attorney
al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Roberto Kano-Castillo        (via U.S. Mail)

*s/ Kilie Latendresse*
Kilie Latendresse
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Kilie_Latendresse@fd.org
Attorney for Defendant