IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00189-RMR-1 | Date: August 8, 2022 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Terri Lindblom |
| Interpreter: Bety Ziman | |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Albert C. Buchman |
| Plaintiff, | |
| v. | |
| ROBERTO KANO-CASTILLO | Kilie A. Latendresse |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**3:03 p.m.     Court in session.**

Court calls case. Appearances of counsel.  Defendant present in custody. Interpreter appears via VTC.

Interpreter sworn.

Defendant sworn.

The Plea Agreement (Court Exhibit 1); Spanish Translation of Plea Agreement (Court Exhibit 1A); Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2); Spanish Translation of Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2A) are tendered to the Court.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant enters a plea of guilty to the sole count of the Indictment.

Court states its findings of fact and conclusions of law.

**ORDERED:** Court Exhibits 1, 1(A), 2, and 2(A) are admitted.

**ORDERED:** The court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.

**ORDERED:** Defendant's plea of guilty is accepted.

**ORDERED:** The Probation Department shall conduct a presentence investigation and file a presentence report.

**ORDERED:** Counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date.  Responses or objections shall be filed no later than 7 days before the sentencing date.

**ORDERED:** Sentencing is set for November 3, 2022 at 3:00 p.m. in Courtroom A702 before Judge Regina M. Rodriguez.

**ORDERED:** Defendant is remanded to the custody of the U.S. Marshal.

3:32 p.m.     Court in recess.

Hearing concluded.
Total time in court:     00:29