EN EL TRIBUNAL FEDERAL DE PRIMERA INSTANCIA
DEL DISTRITO DE COLORADO

Causa Penal No. 22-cr-189-RMR

LA FISCALÍA FEDERAL DE EEUU,

    Parte Acusatoria,

contra

    ROBERTO KANO-CASTILLO,

    El imputado.

---

## DECLARACIÓN EN ANTELACIÓN A SU RECONOCIMIENTO DE CULPABILIDAD

---

Reconozco y certifico que se me han informado y entiendo los siguientes hechos y derechos, que toda la información incluida en este documento es verdadera y correcta y que mi abogada me ha ayudado a revisar y a llenar el mismo.

1.    Mi defensora me ha explicado la naturaleza de la(s) acusación(es) en mi contra. He tenido la oportunidad de hablar con ella tanto de la naturaleza de la(s) acusación(es) como de los elementos que la Fiscalía Federal tiene la obligación de probar.

2.    Sé que cuando el Juez me imponga la pena, tendrá en cuenta numerosos factores. Estos están enumerados en el artículo 3553 del Capítulo 18 del Código Federal, e incluyen (a) la naturaleza y las circunstancias del ilícito y mi historial y cualidades personales, (b) la necesidad de que la pena refleje la gravedad del ilícito, que promueva respeto a la ley, que castigue justamente al delito, que disuada la conducta delictiva, que proteja al público y me brinde capacitación, asistencia y tratamiento correccional necesarios de la manera más efectiva, (c) los tipos de condenas que la Juez tiene a su disposición, (d) las pautas recomendadas de penas establecidas por el Comité de Penas de los EEUU, (e) las declaraciones de políticas pertinentes de dicho Comité, (f) la

COURT EXHIBIT 2(A)

1

necesidad de evitar la disparidad entre las penas impuestas a imputados con antecedentes penales similares que han sido hallados culpable por conductas similares y (g) la necesidad de reparar el daño. Ninguno de estos factores es determinante o decisivo. Reconozco que es posible que después de que la Juez tome en cuenta todos estos factores, ella me podría imponer una pena severa en mi causa que incluya una que sea un período máximo de prisión, la multa máxima, la reparación completa del daño (si aplicara), un período máximo de libertad vigilada y un recargo especial, como se establecen en el párrafo 3 a continuación.

3. Sé que las siguientes, son las sanciones máximas a imponerme como resultado de mi(s) declaración(es) de culpable.

**Al punto acusatorio de la Acusación Formal que me acusa de quebrantamiento al artículo 1326(a) y (b)(2) del Capítulo 8 del Código Federal.**

a. Un período de prisión que no exceda de veinte años,

b. Un período de libertad vigilada que no exceda de tres años,

c. Una multa que no exceda de $250,000, conforme a la ley que reconozco que he quebrantado y/o de la Tabla de Multas Alternativa, según establece el artículo 3571 del Capítulo 18 del Código Federal,

d. Un recargo especial de $100,

4. Sé que, si me condenan por más de un punto acusatorio, las penas a imponerme podría cumplirlas ya sea simultáneamente (a la misma vez) o de manera sucesiva (por separado o una después de la otra) a menos que las sanciones que estipula la ley por un delito de condena exijan expresamente que la pena a imponer se haya de cumplir de manera sucesiva.

5. Sé que además de todas las sanciones que el Juez me pueda imponer, habrá repercusiones adicionales a mi declaración de culpable de un delito. El Juez ni las impone ni tiene autoridad en cuanto a ellas. Por ejemplo, si contesto culpable, esto podrá

resultar en la pérdida de garantías constitucionales, incluidas, pero no limitadas al derecho de poseer armas de fuego, a votar, a ser funcionario público y a formar parte de un jurado. Y si no soy ciudadano estadounidense, estas consecuencias podrán incluir mi deportación de los EEUU o la reclusión indefinida si no pueden deportarme a algún país y que me nieguen la entrada a los EEUU y la posibilidad de obtener la ciudadanía estadounidense en el futuro.

6.    Sé que, si me imponen un período de libertad vigilada como parte de mi condena, ésta únicamente comenzará a contar después de mi excarcelación, con relación a todos los períodos de reclusión que impongan éste y cualquier otro tribunal. Entiendo que todo incumplimiento a las medidas cautelares de la libertad vigilada mientras esté vigente ese periodo podría conllevar a la imposición de una pena de prisión adicional y a otro periodo de libertad vigilada.

7.    Sé que no existe la libertad preparatoria ('parole') en el sistema federal y que tendré la obligación de cumplir la pena de prisión impuesta en mi causa en su totalidad, que solo podrá reducirse por buena conducta y/o por permisos que establezca el Congreso y que aplique la Oficina Federal de Prisiones.

8.    Sé que, si me imponen una multa o la reparación del daño como parte de mi condena, tendré la obligación de pagar intereses de cualquier monto por más de $2,500, a menos que éstas se hayan pagado en su totalidad antes del decimoquinto día después de la sentencia o a menos que el Juez me exima del pago de los intereses.

9.    Sé que, si me imponen una multa o la reparación del daño como parte de mi condena, tendré que pagarla a tiempo. El no hacerlo podrá desencadenar sanciones monetarias, cobranzas por parte del gobierno, la posible revocatoria de todo período de régimen probatorio o de libertad vigilada, y/o exponerme a un proceso judicial por "estar en mora por no efectuar pagos relacionados a una causa penal" según el artículo 3615 del Capítulo 18 del Código Federal.

3

10. Sé que tengo el derecho a que me represente un defensor durante todas las etapas del proceso en esta causa y sé que, si no tengo los medio para contratar uno, se me nombrará uno de oficio, o sea, sin costo alguno para mí.

11. Sé que cuento con el derecho de declararme "inocente" y sé que, si lo hago, puedo mantener esa contestación de "inocente" y exigir un juicio oral.

12. Sé que tengo el derecho de exigir un juicio oral por jurado y que si decido proceder a un juicio oral:

   a. Tengo el derecho a la asistencia de un abogado durante todas las etapas del proceso,

   b. Tengo el derecho de ver y de observar a los testigos de cargo,

   c. Mi defensor podrá contrainterrogar a todos los testigos de cargo,

   d. Puedo convocar y presentar a aquellos testigos que considere relevantes si lo deseo y puedo obtener citatorios judiciales que los obligue a comparecer y a testificar,

   e. Si no tengo los medios económicos para pagar los gastos y costos de los testigos, que la Fiscalía Federal los cubrirá, incluido las millas y los gastos de viaje, incluido los costos razonables que facturen los peritos,

   f. No me pueden obligar a incriminarme a mí mismo ni a testificar en juicio oral alguno,

   g. No obstante, puedo testificar en mi juicio oral si así lo decido, y no tengo que tomar esta decisión hasta después de haber escuchado todo acerca de las pruebas que la Fiscalía Federal tiene en mi contra,

   h. Si decido no testificar en el juicio oral, se les informará a los miembros del jurado que no pueden llegar a la conclusión de que soy culpable ni a llegar a un veredicto adverso contra mí si decido no hacerlo,

   i. Con el fin de que se me condene, la Fiscalía Federal deberá probar todos y cada uno de los elementos de los ilícitos que me acusan sin que quepa duda razonada,

  j. Con el fin de que se me condene, el jurado deberá llegar a un veredicto unánime, lo que significa que todos los miembros del jurado deben estar de acuerdo en que yo soy culpable, y

  k. Si se me condenara, más adelante podría apelar tanto la condena como la pena que el Juez pueda imponerme, y si no tengo los medios para pagar los gastos de la apelación, que el gobierno cubriría esos costos de la apelación incluido el costo de un abogado de oficio.

13. Sé que si me declaro culpable no habrá juicio alguno.

14. Sé que si me declaro culpable no habrá una revisión de apelación en cuanto a si soy culpable o no de los delitos a los cuales me declaré culpable.

15. Sé que cuando este Juzgado me impone la pena después de mi declaración de culpable, solo puedo pedir revisión en apelación de la sentencia impuesta. Aunque la revisión en apelación es una garantía importante, no es un tipo de imposición automática de sentencia por otro juzgado sino que entiendo que la revisión en apelación no tendrá el resultado de otra audiencia para sentencia ni otra modificación o reducción de mi pena si no existe un error cometido por el juzgado sentenciador original.

16. No me han hecho ninguna representación respecto a lo que pudiera ser la pena impuesta en este caso.

17. Entiendo que el Juez no tomará una decisión en cuanto a mi pena hasta que se redacte un Informe Precondenatorio por parte de la Agencia del Régimen a Prueba y hasta que el Juez lo haya recibido y estudiado.

18. Sé que cuando me declare culpable, el Juez me podrá hacer preguntas bajo juramento acerca de los delitos a los cuales me declare culpable. Si se me hacen preguntas de manera oficial y con mi defensora presente, debo responderlas y si presto testimonio falso, podría procesárseme por perjurio.

19. Sé que tengo el derecho de hacerle preguntas al Juez, si las tengo, con respecto a mis derechos, a esta(s) diligencia(s) y a mi(s) declaración(es) a la(s) acusación(es).

5

20.     Tengo cuarenta y cinco años de edad. En cuanto a mi nivel educacional, llegué hasta _____. Me han traducido tanto este documento como el Convenio para que yo los pueda entender. No estoy tomando ningún medicamento que pudiera interferir con mi capacidad de entender las diligencias o que me pudieran afectar mi capacidad de decidir si quiero declararme culpable.

21.     No he recibido promesas ni amenazas de ninguna otra índole que me obliguen o me persuadan a declararme culpable en esta causa.

22.     Nadie me ha prometido que recibiré una pena de Régimen Probatorio, Arresto Domiciliario u otra pena específica que desee a cambio de declararme culpable.

23.     He tenido amplia oportunidad de hablar de la causa y de mi intención de declararme culpable con mi defensora. No deseo volver a consultar con mi defensora antes de presentar mi(s) declaración(es) de culpable.

24.     Estoy satisfecho con los servicios de mi defensora. Creo que me ha representado de manera eficaz y competentemente en esta causa.

25.     He tomado la decisión de presentar mi(s) declaración(es) de culpable después de analizarlo detenidamente, con la asesoría de mi defensora y comprendiendo totalmente mis derechos, los hechos y las circunstancias de la causa y las posibles repercusiones de mi(s) declaración(es) de culpable.  No me encontraba bajo los efectos de droga, medicamento o bebida embriagante alguna que influyera negativamente en mi capacidad de tomar decisiones cuando decidí presentar mi(s) declaración(es) de culpable. En este momento no estoy bajo los efectos de dichas drogas, medicamentos o embriagantes.

26.     Yo quiero declararme culpable y no tengo dudas acerca de mi decisión.

27.      El resumen de hechos expuestos en el documento titulado "Convenio Resolutorio" es verdadero y correcto en lo que a mi conducta se refiere, excepto como lo haya indicado en ese documento.

28. Sé que tengo la libertad de indicar mis objeciones y las cosas con que no esté de acuerdo en el documento titulado 'Convenio Resolutorio'. Acepto ambos documentos como están actualmente redactados.

//

//

29. Es mi deseo declararme culpable a la(s) siguiente(s) acusación(es): quebrantamiento del 8 U.S.C. § 1326(a), (b)(2)

Fecha: El _____ de agosto de 2022.

_Roberto Kano_
**ROBERTO KANO-CASTILLO**
Imputado

Certifico que he repasado este documento y el documento titulado "Convenio Resolutorio" con el imputado. Certifico que le he explicado todos sus derechos y lo he ayudado a llenar este formulario. Es mi criterio que el imputado comprende sus derechos y esta declaración.

Fecha: El ___8___ de agosto de 2022.

**KILIE LATENDRESSE**
**Defensora Pública Federal**

_Translation by Patrick O'Connor, FCCI, staff Interpreter for the FPD of Colorado and Wyoming on 8/1/2022._

7