Your Honor,

    My name is Jessica Snow and I am Roberto Kano-Castillo's fiancé and we deeply wish to be married. I am sending this letter in hopes of receiving your mercy and grace and leniency in this case. Roberto is a kind and loving man, he is gracious, God fearing and humble. He puts others before himself and he loves his family dearly. Please see beyond his paper trail and see the genuinely wonderful man he is inside. He was taken from me and life has been very difficult. I have Multiple Sclerosis and he takes care of me, he helps me to clean the house and do the dishes and folds the laundry and walk the dogs. I was a single mother from a previous marriage before him and he came in and has taken me and my son as his family and takes care of us and works hard for us. He pays bills and makes sure we don't struggle. I cannot even afford my own rent now without him. I work full time at the Denver Rescue Mission on 48th Ave. It is the largest 24/7 homeless shelter in the country and I am the Lead Emergency Service Coordinator. I have a very hard and stressful job and with my husband gone I am struggling with my disease at home, as he always took care of me. He made it so I could just come home and lay down or relax as my brain is easily overstimulated from my disease, and without him it is getting worse. I am begging you from the bottom of my heart to have mercy on this man. He truly is a friend to everyone and lights up a room with his smile. I need him back so badly I am having such a hard time. My son and I need him in our lives and we miss him so much. Please I beg of you, I truly believe God brought this man into my life and I miss him every moment of every day he is gone. Please grant him your mercy and grace and give him a short sentence and allow him to come home to his family and take care of me.

God Bless you and your family,

Jessica Snow

10741 Dayton Way 337

Henderson, CO 80640

720-841-3654