IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00189-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERTO KANO-CASTILLO,

    Defendant.

---

**UNITED STATES' MOTION FOR A ONE-LEVEL DOWNWARD DEPARTURE**

---

The United States of America, by and through the undersigned United States Attorney and Special Assistant United States Attorney, moves for a one-level downward departure pursuant to Section 5K3.1 of the United States Sentencing Guidelines authorizing early disposition programs.

\\

\\

\\

1

The defendant qualifies for this one-level downward departure under this District's "Fast-Track" policy, and this motion was specifically contemplated in section (I)(C) of the plea agreement entered to resolve this matter.

    Respectfully submitted October 27, 2022

                                      COLEGE FINEGAN
                                      United States Attorney

                By:    *s/ Albert Buchman*
                        Albert Buchman
                        Assistant U.S. Attorney
                        United States Attorney's Office
                        1801 California St., Suite 1600
                        Denver, Colorado   80202
                        Phone:  (303)   454-0100
                        Fax: (303) 454-0403
                        E-mail: al.buchman@usdoj.gov
                        Attorney for the Government

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Lauren Timm*
Lauren Timm
Legal Assistant
United States Attorney's Office
