IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00189-RMR-1 | Date: November 23, 2022 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Terri Lindblom |
| Probation Officer: Michelle Sinaka | Interpreter: Cathy Bahr |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Albert C. Buchman |
| Plaintiff, | |
| v. | |
| ROBERTO KANO-CASTILLO, | Kilie A. Latendresse |
| Defendant. | |

### COURTROOM MINUTES

**SENTENCING**

**10:00 a.m.**    **Court in session.**

Court calls case. Appearances of counsel.  Defendant present in custody.

Interpreter sworn.

Defendant sworn.

Discussion and argument regarding pending motions, and sentencing recommendation.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:   Defendant's Motion for Downward Variance [ECF No. 21] is DENIED.**

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [ECF No. 23] is GRANTED.

**ORDERED:** Government's Motion for Departure Pursuant to 5K3.1 [ECF No. 24] is GRANTED.

**ORDERED:** Defendant shall be imprisoned for 27 months. Upon release from imprisonment, defendant shall be placed on supervised release for a term of 2 years.

**ORDERED:** Conditions of Supervised Release, as stated on record.

**ORDERED:** Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately.  No fine is imposed.

**ORDERED:** Defendant is remanded to the custody of the U.S. Marshal.

Defendant advised of right to appeal.

**10:51 a.m.**    Court in recess.

Hearing concluded.
Total time in court:    00:51